**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT BOSCH LLC, <br><br>     Plaintiff, <br><br> v. <br><br> THE INDIVIDUAL, CORPORATION, LIMITED LIABILITY COMPANY, PARTNERSHIP, AND UNINCORPORATED ASSOCIATION IDENTIFIED ON SCHEDULE A HERETO, <br><br>     Defendant. | Case No. 26-cv-2413 <br><br> Judge Jorge L. Alonso |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 21, 2026, at 9:30 a.m., Plaintiff, by its counsel, shall appear before the Honorable Jorge L. Alonso and present Plaintiff's Motion for an entry of a Preliminary Injunction.

Respectfully submitted,

Dated: April 16, 2026        By:    s/Michael A. Hierl         _

Michael A. Hierl
William B. Kalbac
Robert P. McMurray
John Wilson
Elizabeth A. Miller
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
Attorneys for Plaintiff
ROBERT BOSCH LLC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Notice of Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on April 16, 2026.

s/Michael A. Hierl
Michael A. Hierl